IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUFIMO P. MOLINA,

       Plaintiff,                                      No. 1:17-cv-01151-KRS

v.

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

       Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court upon Plaintiff's Application (Motion) to Proceed in District Court without Prepaying Fees or Costs [Doc. No. 4]. Having reviewed the application, the Court FINDS and CONCLUDES that Plaintiff's request is well-taken and should be granted. In making this determination, the Court notes that Plaintiff has successfully established that he is unable to prepay the required filing fee and/or that so doing will cause him substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Application (Motion) to Proceed in District Court without Prepaying Fees or Costs [Doc. No. 4] is hereby **GRANTED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE