# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**EUFIMO P. MOLINA,**

    **Plaintiff,**

    vs.                                  No. 1:17-cv-1151-KRS

**NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,**

    **Defendant.**

## SECOND AMENDED ORDER SETTING BRIEFING SCHEDULE

THIS MATTER comes before the Court sua sponte, following a review of the record in the above-titled cause. Having determined that the parties have submitted their pleadings and the Commissioner has lodged the administrative record, the Court shall set a briefing schedule pursuant to D.N.M.LR-Civ. 7.4(d).

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file and serve his motion to reverse or remand agency decision together with a supporting memorandum of law on or before **May 7, 2018**; Defendant shall file and serve her response on or before **July 3, 2018**; and Plaintiff may file and serve his reply, if any, on or before **August 1, 2018**.

**IT IS FURTHER ORDERED** that all motions, responses, replies, and supporting memoranda shall specifically cite to the administrative record for assertions of fact (*e.g.*, AR 15) and that legal propositions shall be supported by appropriate authority.

                                                     _____
                                                     KEVIN R. SWEAZEA
                                                     UNITED STATES MAGISTRATE JUDGE