# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**EUFIMO P. MOLINA,**

    **Plaintiff,**

vs.                                                  **No. CV 17-1151 KRS**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER

**THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines (Doc. # 17);

**IT IS, THEREFORE, ORDERED** that pursuant to D.N.M.LR-Civ.7.3, Plaintiff shall file and serve his Motion to Reverse or Remand Administrative Agency Decision together with a supporting memorandum of law on or before June 7, 2018. Defendant shall file and serve her response on or before August 7, 2018; and Plaintiff may file and serve her reply, if any, on or before August 21, 2018.

It is further **ORDERED** that all motions, responses, replies, and supporting memoranda specifically cite the administrative record for assertions of fact (*e.g.* AR 15), and that legal propositions cite appropriate authority.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE