# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**EUFIMO P. MOLINA,**

    **Plaintiff,**

    vs.                                  No. 1:17-cv-1151-KRS

**NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,**

    **Defendant.**

## ORDER

THIS MATTER comes before the Court upon Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 23), filed August 13, 2018. In her motion, Defendant asks the Court to issue an order reversing and remanding this case for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, the Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

                                                        _____
                                                        Kevin R. Sweazea
                                                        United States Magistrate Judge